## NO. 20,161-B

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | 11th COURT OF APPEALS |
| | § | EASTLAND, TEXAS |
| **VS.** | § | **104ᵗʰ   JUDICIAL DISTRICT** |
| | § | SHERRY WILLIAMSON |
| | § | Clerk |
| **KEITH WOOD** | § | |
| | § | **TAYLOR COUNTY, TEXAS** |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/07/17 11:19:21 AM
SHERRY WILLIAMSON
Clerk

## NOTICE OF APPEAL

Defendant Keith Wood respectfully gives notice that he intends to appeal the Judgment and Sentence signed on July 22, 2016, to the Eleventh Court of Appeals. The style, trial court, and case number are set forth above. This is an out-of-time appeal granted by the Court of Criminal Appeals.

Respectfully submitted,

/s/Rick Dunbar _____
Rick Dunbar
State Bar No. 24025336
rick@galbreathlawfirm.com
4542 Loop 322, Ste. 102
Abilene, TX 79602
Tel: (325) 437-7000
Fax: (325) 437-7007

**CERTIFICATE OF SERVICE**

This is to certify that on July 5, 2017, a true and correct copy of the above and foregoing document was served on the Taylor County District Attorney.

/s/ Rick Dunbar
Rick Dunbar